# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
~~_____~~ JACKSONVILLE Division

Mario Goodhigh
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Florida & Melissa Ivy Softness
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-1015-BJD-JBT
(to be filled in by the Clerk's Office)

Provided to Suwannee Correctional Institution on:

AUG 2 3 2023

for mailing, by: _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MARIO Godhigh
   All other names by which you have been known: MARIO Godhigh
   ID Number: M28779
   Current Institution: SUWANNEE CI
   Address: 5964 U.S. Highway 90
   LIVE OAK   FL   32060
   City        State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Melissa Ivy Softness
   Job or Title (if known): Prosecutor
   Shield Number: 98786
   Employer: State Attorney's Office
   Address: 1350 NW 12 Avenue
   Miami   FL   33136
   City    State  Zip Code
   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name: Brad Mitchell
   Job or Title (if known): Prosecutor
   Shield Number:
   Employer: State Attorney's Office
   Address: 1350 NW 12th Avenue
   Miami   FL   33136
   City    State  Zip Code
   ☐ Individual capacity   ☑ Official capacity

Page 2 of 11

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City   _____ State   _____ Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ City   _____ State   _____ Zip Code
  ☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☒ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  FOURTHTEENTH AMENDMENTS CONSTITUTIONAL RIGHTS VIOLATED

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Showed an prejudical photograph of me handcuffed at the City of Miami Police station to An beach*

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Home*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

MAY 28, 2021.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS SHOWN IN HANDCUFFS

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

declared plenty psychological emergencies about this issue going to the SHOS cell. $1 billion dollars

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

THERE'S NO EVIDENCE IN MY CRIMINAL CASE WANT THIS COURT TO GRANT ME AN EVIDENTIARY HEARING CAUSE I NEVER HAD AN EVIDENTIARY HEARING ON MY CRIMINAL CASE. DISMISS MY CRIMINAL CHARGE AND LET ME GO HOME.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

EVERYWHERE I GO to

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Afto write to the Miami Dade County Criminal Court that sentence me.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _SUWANNEE C.I_

2. What did you claim in your grievance?

   _On how I'm False Imprisoned_

3. What was the result, if any?

   _As to write to the Miami Dade County Criminal Court that sentence me_

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   _Still writing_

F.  If you did not file a grievance:

  1.  If there are any reasons why you did not file a grievance, state them here:

  _____

  2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

  _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[X] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

US District Court

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARIO Goodhigh
   Defendant(s) MELISSA IVY SOFTNESS

2. Court *(if federal court, name the district; if state court, name the county and State)*
   US District Court

3. Docket or index number
   3:23-CV-796-MMH-JBT

4. Name of Judge assigned to your case
   MARCIA MORALES HOWARD

5. Approximate date of filing lawsuit
   07/13/2023

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissal without Prejudice.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARIO DYRELL Goodhigh
   Defendant(s) MELISSA IVY SOFTNESS AND BRAD MITCHELL

2. Court *(if federal court, name the district; if state court, name the county and State)*

   US District Court

3. Docket or index number

   3:23-CV-00696-MMH-PDB

4. Name of Judge assigned to your case

   MARCIA MORALES HOWARD

5. Approximate date of filing lawsuit

   06/16/2023

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ORDER OF DISMISSAL WITHOUT PREJUDICE

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-21-2023

Signature of Plaintiff: *Mario Dyrell Godhigh*
Printed Name of Plaintiff: M38779 Mario Godhigh
Prison Identification #: M38779
Prison Address: Suwannee CI, Live Oak, FL 32060

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Case 3:23-cv-00796-MMH-JBT   Document 4   Filed 07/13/2023   Page 1 of 3 PageID 14

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARIO GODHIGH,

    Plaintiff,

v.    Case No. 3:23-cv-796-MMH-JBT

MELISSA IVY SOFTNESS, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Mario Godhigh, an inmate of the Florida penal system who is proceeding pro se, initiated this action by filing a Complaint (Doc. 1) pursuant to 42 U.S.C. § 1983.[1] Godhigh asserts claims of wrongful conviction concerning his state court criminal conviction in Miami-Dade County. He requests $600 million and immediate release.

The Prison Litigation Reform Act (PLRA) amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the

---

[1] Godhigh did not include the filing fee with his Complaint; thus, the Court assumes he desires to proceed in forma pauperis.

> grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Section 1915(g), commonly referred to as the "three strikes" provision, requires this Court to consider prisoner actions dismissed before, as well as after, the enactment of the PLRA.

Godhigh is a prolific, three-strikes litigant. This Court takes judicial notice of cases previously filed by Godhigh that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 1:12-cv-23418-WMH (S.D. Fla.) (failure to state a claim); (2) 1:12-cv-24305-DLG (S.D. Fla.) (failure to state a claim); (3) 3:17-cv-1229-HES-PDB (failure to state a claim); (4) 1:18-cv-24270-DLG (S.D. Fla.) (failure to state a claim and frivolous); and (5) 3:19-cv-1410-HLA-JBT (frivolous).

Because Godhigh has had three or more prior qualifying dismissals and his allegations do not warrant the imminent danger exception to dismissal, this action will be dismissed without prejudice. Godhigh may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $402.00 filing fee.[2]

---

[2] Godhigh has been informed numerous times that he is a three-strikes litigant pursuant to 28 U.S.C. § 1915(g), and his cases have been dismissed on that basis. See Order (Doc. 4), No. 5:18-cv-214-MCR-GRJ (N.D. Fla.). Therefore, to proceed in forma pauperis, Godhigh must be in imminent danger of serious physical injury at the time

To the extent Godhigh is challenging his Miami-Dade conviction, which has not been overturned, the proper avenue for relief is through a habeas corpus action filed in the appropriate district court. Miami-Dade County is in the Southern District of Florida.[3]

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of July, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 7/12
c:
Mario Godhigh, #M28779

---

a civil rights complaint is filed. See 28 U.S.C. § 1915(g). Otherwise, he must pay the $402 filing fee immediately and in full.

[3] The Southern District has repeatedly dismissed Godhigh's habeas actions as successive. See Case No. 1:22-cv-23063-AMC (S.D. Fla. Oct. 13, 2022) (discussing Godhigh's excessive habeas filings).

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO GODHIGH,

    Plaintiff,

v.                                                 Case No: 3:23-cv-796-MMH-JBT

MELISSA IVY SOFTNESS, BRAD
MITCHELL and JOSE PAZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order of the Court entered on July 12, 2023, This case is hereby

DISMISSED without prejudice.

**Any motions seeking an award of attorney's fees and/or costs must be filed within the time and in the manner prescribed in Local Rule 7.01, United States District Court Middle District of Florida.**

                                                            ELIZABETH M. WARREN, CLERK

                                                            s/L. Burget, Deputy Clerk